# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:95-CR-05111-LJO |
| Plaintiff-Respondent, | |
| v. | ORDER SETTING BRIEFING SCHEDULE |
| LARRY DANIEL HARRIS, | |
| Defendant-Petitioner. | (ECF No. 600) |

On June 22, 2016, Petitioner Larry Daniel Harris, through the Federal Defender's Office, filed a motion to vacate, set aside, or correct his sentence pursuant 28 U.S.C. § 2255 (ECF No. 600), raising issues related to *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). Petitioner simultaneously filed an application to the Ninth Circuit for leave to file a second or successive § 2255 motion. (ECF. No. 600.) On February 21, 2017, the Ninth Circuit granted Petitioner's application to file a second or successive § 2255 motion. (ECF No. 599.) Accordingly,

**IT IS HEREBY ORDERED** that the Government shall file a response to Petitioner's § 2255 motion within **30 days** (*on or before March 24, 2017)*. From the date of the Government's filing, Petitioner shall have **30 days** to file a reply.

IT IS SO ORDERED.

Dated: **February 23, 2017**          /s/ Lawrence J. O'Neill
                                      UNITED STATES CHIEF DISTRICT JUDGE