1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  PEGGY SASSO, #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   LARRY HARRIS

7

8              IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:95-cr-05111-NONE |
12 |              Plaintiff,    |                              |
13 |         v.                 | STIPULATION RE BRIEFING SCHEDULE; ORDER |
14 | LARRY HARRIS,              |                              |
15 |              Defendant.    |                              |

16

17     On April 27, 2020, this Court instructed counsel to confer and attempt to stipulate to a

18 briefing schedule within five days. **IT IS HEREBY STIPULATED** by and between the parties

19 through their respective counsel, KAREN ESCOBAR, Assistant United States Attorney, counsel

20 for plaintiff, and PEGGY SASSO, Assistant Federal Defender, counsel for defendant LARRY

21 HARRIS, that the briefing schedule be set as follows:

22

23     **June 15, 2020**:     Plaintiff's Response to Defendant's 18 U.S.C. § 3582(c) Motion
24                             filed on April 6, 2020

25     **July 29, 2020**:     Defendant's Reply

26

27

28

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: May 1, 2020 | | By:   *s/ Karen Escobar*<br>Karen Escobar<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: May 1, 2020 | | By:   *s/Peggy Sasso*<br>Peggy Sasso<br>Assistant Federal Defender<br>Attorney for Defendant<br>Larry Harris |

**ORDER**

IT IS SO ORDERED.

Dated:  **May 1, 2020**                                    _____
UNITED STATES DISTRICT JUDGE