HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant-Petitioner
LARRY DANIEL HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>LARRY DANIEL HARRIS,<br><br>*Defendant.* | No. 1:95-cr-05111-DAD<br><br>**SEALING ORDER**<br><br><br>JUDGE: Dale A. Drozd |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant Harris' Exhibit H to his Motion for a Reduced Sentence Pursuant to 18 U.S.C. § 3582(c) shall be filed ***under seal*** until further order of the court as it contains confidential medical records.

IT IS SO ORDERED.

Dated:   **July 31, 2020**

_____
UNITED STATES DISTRICT JUDGE

Harris:  Proposed Sealing Order