1  HEATHER E. WILLIAMS, CA BAR #122664
   Federal Defender
2  PEGGY SASSO, CA BAR #228906
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: 559.487.5561/Fax: 559.487.5950

5  Attorneys for Defendant
   LARRY DANIEL HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:95-cr-05111-JLT |
|---|---|
| *Plaintiff,* | |
| vs. | ORDER FOR IMMEDIATE RELEASE FROM CUSTODY |
| LARRY DANIEL HARRIS, | |
| *Defendant.* | |

**IT IS HEREBY ORDERED** that Defendant Larry Daniel Harris, Registration No. Register Number: 08407-112, **SHALL BE RELEASED** from custody at USP Victorville **immediately**.

On September 5, 1996, this Court imposed a total sentence of 1141 months on all counts (comprised of five counts of violating 18 U.S.C. § 1951(a) and five counts of violating 18 U.S.C. § 924(c)).  On May 9, 2022, this Court re-sentenced Defendant Daniel Harris to a total sentence of **TIME SERVED** *on all counts* (comprised of five counts of violating 18 U.S.C. § 1951(a) and five counts of violating 18 U.S.C. § 924(c)).

///

///

///

///

Consistent with the order this Court issued on May 9, 2022, Defendant Harris shall **be RELEASED IMMEDIATELY** to begin the 36-month term of supervised release previously ordered.

The Clerk of the Court is directed to fax a copy of this order to USP Victorville.

IT IS SO ORDERED.

Dated: __May 10, 2022__        *Jennifer L. Thurston*
                               UNITED STATES DISTRICT JUDGE

Larry Daniel Harris – [Proposed] Immediate Release Order

2